[No. 42213-8-I.    Division One.    September 7, 1999.]

JOSEPH KOVALIK, ET AL., *Appellants*, v. WHATCOM COUNTY, *Respondent*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 97-2-00619-4, David A. Nichols, J., entered February 11, 1998. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Coleman and Baker, JJ.

[No. 42981-7-I.    Division One.    September 7, 1999.]

GENEVA R. SMITH, *Appellant*, v. THE DEPARTMENT OF LABOR & INDUSTRIES, *Respondent*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 96-2-06664-6, Joseph A. Thibodeau, J., entered June 5, 1998. *Affirmed in part* and *remanded* by unpublished opinion per Grosse, J., concurred in by Baker and Becker, JJ.

[No. 43016-5-I.    Division One.    September 7, 1999.]

UPSCALE PROFIT SHARING PLAN & TRUST, *Respondent*, v. BYRON L. REYNOLDS, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 97-2-04629-5, George N. Bowden, J., entered June 16, 1998. *Affirmed* by unpublished opinion per Agid, A.C.J., concurred in by Coleman and Webster, JJ.

[No. 43035-1-I.    Division One.    September 7, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. RICKEY LEE JONES, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 98-1-02178-7, Charles W. Mertel, J., entered June 18, 1999. *Remanded* by unpublished per curiam opinion.